UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINQUE ZAFIR CASEY,<br><br>Plaintiff,<br><br>v.<br><br>SGT. BROWN, et al.,<br><br>Defendants. | No. 1:23-cv-01068-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 21, 23) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 16, 2024, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on August 22, 2024, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 21.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On June 12, 2024, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 23.)

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for August 22, 2024, before Magistrate Judge Barbara A. McAuliffe is VACATED;

1

2. The stay of this case is lifted; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **June 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2