| | |
|---|---|
| DOMINQUE ZAFIR CASEY,<br><br>             Plaintiff,<br><br>      v.<br><br>SGT. BROWN, et al.,<br><br>             Defendants. | No. 1:23-cv-01068-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO MODIFY THE SCHEDULING<br>ORDER<br><br>(ECF No. 27) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed October 10, 2024. (ECF No. 27.) Defendants request the deadline for filing an exhaustion motion for summary judgment be extended to April 24, 2025-to coincide with the deadline for filing dispositive motions because Defendants believe there may be a partial exhaustion defense for at least one Defendant.

While the Court does not favor an exhaustion motion for summary judgment to be filed contemporaneous with a motion for summary judgment on the merits, in this instance, the Court finds to good cause to allow such filing. Accordingly, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to April 24, 2025.

IT IS SO ORDERED.

Dated:   **October 11, 2024**                              _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1