1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    DOMINQUE ZAFIR CASEY,                    No. 1:23-cv-01068-JLT-SAB (PC)

11                  Plaintiff,                  ORDER GRANTING DEFENDANTS'
                                                SECOND MOTION TO MODIFY THE
12            v.                                SCHEDULING ORDER

13    SGT. BROWN, et al.,                       (ECF No. 32)

14                  Defendants.

15

16            Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant

17    to 42 U.S.C. § 1983.

18            Currently before the Court is Defendants' motion for administrative relief regarding an

19    extension of time to file Defendants' motion for summary judgment, filed April 15, 2025.  (ECF

20    No. 32.)

21            On October 11, 2024, the Court granted Defendants' motion to modify the scheduling

22    order to extend the deadline to file an exhaustion motion for summary judgment to the same April

23    24, 2025 deadline for filing a motion for summary judgment on the merits.  (ECF No. 28.)

24            Because Defendants have previously been granted an extension of time to file exhaustion

25    motion for summary judgment at the same time as the merits motion for summary judgment, the

26    Court construes this motion as Defendants' second motion to modify the scheduling order.

27    ///

28    ///

                                                1

On the basis of good cause, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order (ECF No. 32) is GRANTED and the deadline to file an exhaustion and merits motion for summary judgment is extended to **May 22, 2025**.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2